UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BILLY ROY THOMAS | CASE NO. 6:21-CV-02316 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U.S. COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 11th day of October, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE